**Sandra C. SCHULTZ and Robert C. Braun, Plaintiffs-Appellees,**

v.

**Russell FRISBY, et al., Defendants-Appellants.**

**No. 85–2950.**

United States Court of Appeals, Seventh Circuit.

April 6, 1987.

Before BAUER, Chief Judge.

A majority * of the circuit judges in regular active service have voted to grant the suggestion for rehearing *en banc* in the above cause.

The panel decision of December 8, 1986 is VACATED pursuant to Internal Operating Procedure 5(f).

---

* Circuit Judge Kenneth F. Ripple did not participate in the consideration of this matter.